IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| DERICK WEWERKA, Register No. 1036447, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08-4082-CV-C-SOW |
| ) | |
| C.O. COWSKY, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

On July 22, 2008, the court docketed plaintiff's motion, dated July 17, 2008, requesting copies of his original complaint in order to file an amended complaint. On the same date, the court docketed plaintiff's amended complaint, dated July 18, 2008. Accordingly, plaintiff's motion for copies will be denied as moot.

On July 1, 2008, plaintiff's claims were recommended dismissed for his failure to comply with court orders to pay the initial filing fee. Plaintiff's exceptions, filed July 22, 2008, request an extension of time in which to pay the initial fee. Upon consideration, it is

ORDERED that plaintiff is granted until August 29, 2008, to pay the initial filing fee. [16] It is further

ORDERED that plaintiff's motion for leave to amend his complaint is granted. [17] It is further

ORDERED that plaintiff's motion requesting a copy of his original complaint is denied as moot. [15]

Dated this 13th day of August, 2008, at Jefferson City, Missouri.

/s William A. Knox

WILLIAM A. KNOX
United States Magistrate Judge