# UNITED STATES DISTRICT COURT

## Western District of Missouri

JUDGMENT IN A CIVIL CASE

Derick Wewerka

    v.                                                 Case Number - 08-4082-CV-C-SOW

C.O. Gryglewski, et al.

  \_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**    **Decision by Court**. This action came before the Court. The issues have been heard and a decision has been rendered.

        **IT IS ORDERED AND ADJUDGED**

        -    by order of December 30, 2009, defendants' motion for summary judgment is granted and plaintiff's claims are dismissed.

        -    by order of February 23, 2009, the partial motion of defendants Lewis, Pridgeon, Gryglewski and Hovis to dismiss plaintiff's official capacity claims, claims of denial of medical care, and related allegations of failure to transfer plaintiff to another facility based on his mental health condition is granted.

ENTERED ON: December 31, 2009

|  |  |
|---|---|
|  | Ann Thompson |
| December 31, 2009 | Clerk of Court |
| Date |  |
|  | /s/ J Russel |
|  | J Russel |
|  | (By) Deputy Clerk |